IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY [illegible] D.C.
05 AUG 12 PM 3: 14
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

|  |  |  |
|---|---|---|
| EMMA TAYLOR, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Civ. No. 04-3055-Ma/P |
| | ) | |
| CITY OF MEMPHIS HOUSING AUTHORITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING IN PART PLAINTIFFS' MOTION TO COMPEL ANSWERS TO INTERROGATORIES

Before the court is plaintiffs' Motion to Compel Answers to Interrogatories, filed July 11, 2005 (dkt #19). On July 21, 2005, defendant LEDIC Management Group filed its response, in which it attached responses to plaintiffs' interrogatories. On August 11, 2005, the court held a hearing on the motion. Present were the plaintiffs, pro se, and counsel for all defendants. At the conclusion of the hearing, the court GRANTED in part plaintiffs' motion as follows:

**Interrogatory nos. 1 and 2:** Plaintiffs withdraw these interrogatories, stating that LEDIC's response to interrogatory no. 8 would be sufficient.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-15-05

24

**Interrogatory nos. 3, 4, 12, 12(a), 13, 17, and 19:** Plaintiffs withdraw these interrogatories.

**Interrogatory nos. 5, 7, 9, 11, 15, 16, 18, 20, 21, and 22:** Plaintiffs are satisfied with LEDIC's response, and do not seek any additional response regarding these interrogatories.

**Interrogatory no. 6:** The court finds that this interrogatory seeks information that is not relevant and overly broad. Thus, LEDIC need not provide any further response to this interrogatory.

**Interrogatory no. 8:** LEDIC shall provide the dates of employment for the individuals identified in LEDIC's response to this interrogatory.

**Interrogatory no. 10:** LEDIC shall provide HUD related materials in LEDIC's possession that relate to tenant's qualifications for subsidies applicable to Raleigh Woods Apartments from December 2000 through July 2004.

**Interrogatory no. 13(a):** LEDIC shall provide eviction policy for Raleigh Woods Apartments applicable during the period of December 2000 through July 2004.

**Interrogatory no. 14:** As set forth in its response, LEDIC will make available for plaintiffs' review the lease file and other documents associated with the plaintiffs that are in LEDIC's possession.

Plaintiffs' motion for sanctions, including attorney's fees and expenses, is DENIED.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

_____August 12, 2005_____
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:04-CV-03055 was distributed by fax, mail, or direct printing on August 15, 2005 to the parties listed.

---

Bruce L. Feldbaum
GORDON & FELDBAUM
100 N. Main Bldg.
Ste. 3020
Memphis, TN 38103--574

Calvin Taylor
P.O. Box 41781
Memphis, TN 38174

Gregory L. Perry
MEMPHIS HOUSING AUTHORITY
700 Adams Avenue
Memphis, TN 38103

Emma Taylor
P.O. Box 41781
Memphis, TN 38174

Honorable Samuel Mays
US DISTRICT COURT