IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| EMMA AND CALVIN TAYLOR,  ) | |
| ) | |
| Plaintiffs,  ) | |
| ) | |
| vs.  ) | Civ. No. <u>04-3055-Ma/P</u> |
| ) | |
| CITY OF MEMPHIS HOUSING  ) | |
| AUTHORITY, LEDIC MANAGEMENT  ) | |
| GROUP and ROBERT LIPSCOMB,  ) | |
| ) | |
| Defendants.  | |

## ORDER GRANTING IN PART DEFENDANT'S MOTION TO COMPEL

Before the court is defendant's motion to compel, filed October 31, 2005 (dkt #27). On November 30, 2005, the court held a hearing on the motion. The plaintiffs (pro se) and counsel for the defendant were present and heard. At the conclusion of the hearing, the court GRANTED the motion. The plaintiffs are hereby ORDERED to provide the defendant with an itemization of their damages within seven (7) days from the date of this order. With respect to a list of individuals with knowledge about the plaintiffs' claims, including individuals with knowledge about the plaintiffs' application for subsidies, the plaintiffs stated at the November 30 hearing that they have already provided the defendant with those names, and that they are not aware of any other

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  12-2-05

individuals with knowledge.  Thus, this part of defendant's motion to compel is DENIED as moot.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

November 30, 2005
_____
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in case 2:04-CV-03055 was distributed by fax, mail, or direct printing on December 2, 2005 to the parties listed.

---

Gregory L. Perry
MEMPHIS HOUSING AUTHORITY
700 Adams Avenue
Memphis, TN 38103

Bruce L. Feldbaum
GORDON & FELDBAUM
100 N. Main Bldg.
Ste. 3020
Memphis, TN 38103--574

Emma Taylor
P.O. Box 41781
Memphis, TN 38174

Calvin Taylor
P.O. Box 41781
Memphis, TN 38174

Honorable Samuel Mays
US DISTRICT COURT