IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

EMMA AND CALVIN TAYLOR,

    Plaintiffs,

VS.                                    NO. 04-3055-MaP

CITY OF MEMPHIS HOUSING
AUTHORITY, ET AL.,

    Defendants.

## ORDER AMENDING SCHEDULE

Pursuant to defendant LEDIC's October 31, 2005, motion to extend deadlines in this matter, the court held a status conference on December 7, 2005. Attending on behalf of themselves were *pro se* plaintiffs Emma and Calvin Taylor. Participating on behalf of the defendants were Gregory Perry and Bruce Feldbaum. For good cause shown, the court grants the motion and amends the schedule as follows:

1. The deadline for completing discovery is January 31, 2006.

2. The deadline for filing potentially dispositive motions is February 28, 2006.

3. The deadline for completing mediation is February 28, 2006.

4. The parties shall submit a joint proposed pretrial order by 5:00 p.m. on May 12, 2006.



5. A pretrial conference will be held on Friday, May 19, 2006, at 1:30 p.m.

6. The non-jury trial is **reset** to Tuesday, May 30, 2006, at 9:30 a.m. and is expected to take 1 day.

Absent good cause, the amended schedule set by this order will not be modified or extended.

So ORDERED this 19th day of December, 2005.

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 35 in case 2:04-CV-03055 was distributed by fax, mail, or direct printing on December 21, 2005 to the parties listed.

---

Calvin Taylor
P.O. Box 41781
Memphis, TN 38174

Gregory L. Perry
MEMPHIS HOUSING AUTHORITY
700 Adams Avenue
Memphis, TN 38103

Bruce L. Feldbaum
GORDON & FELDBAUM
100 N. Main Bldg.
Ste. 3020
Memphis, TN 38103--574

Emma Taylor
P.O. Box 41781
Memphis, TN 38174

Honorable Samuel Mays
US DISTRICT COURT